UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
ERIC RAINER BASHFORD,

        Plaintiff,

        -v-

CROWN FINANCIAL GROUP, INC., LEGG
MASON WOOD WALKER, INC., M/A-COM,
INC. and MICHAEL DRENNAN,

        Defendants.
---------------------------------- x

05 Civ. 2217 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-05

JED S. RAKOFF, U.S.D.J.

    On July 27, 2005, the Honorable Kevin N. Fox, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that plaintiff's motion to remand this case back to state court be granted. Defendants have failed to file any objection to the Report and Recommendation, and, for that reason alone, have waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, remands this case back to the New York State Supreme Court, Westchester County. Clerk to enter judgment.

    SO ORDERED.

                                          _____
                                          JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        August 18, 2005